IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------- :
UNITED STATES OF AMERICA :
: CASE NO. 1:09CR117
Plaintiff :
:
-vs- :
:
WENDY CHAMBERS : ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
Defendant : HEARING
---------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg S. White regarding the plea hearing and plea agreement of Wendy Chambers which was referred to the Magistrate Judge with the consent of the parties.

On 4 September 2009, the government filed a one-count superseding information against Wendy Chambers for unauthorized opening of mail in violation of 18 U.S.C. § 1703(b). On 5 October 2009, a hearing was held in which Wendy Chambers entered a plea of guilty before Magistrate Judge White and executed a waiver of indictment. Magistrate Judge White received Wendy Chambers' plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Wendy Chambers is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Wendy Chambers is adjudged guilty of Count 1s in violation of 18 U.S.C. § 1703(b).

Sentencing will be:

**17 December 2009 at 9:30 a .m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 16/November 2009

UNITED STATES DISTRICT JUDGE